Case3:11-cv-02006-JW Document15 Filed05/25/11 Page1 of 2



C11-2006 EDL
JW

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

**FILED**
2011 MAY 25 A 11:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USBank, NA
was received by me on *(date)* 04/29/2011 .

☑ I personally served the summons on the individual at *(place)* 38980 Paseo Padre Pky, Fremont, CA
Branch Manager on *(date)* 5/12/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/12/11

_____
*Server's signature*

John T. Redd
*Printed name and title*

39548 Fre-Blvd #30 Frc-CA, 94538
*Server's address*

Additional information regarding attempted service, etc:


AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Isaac Kavalan  **E-filing** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. **C11-02006 EDL** |
| US Bank National Association | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U S Bank National Association, Us Bank
4253 N Scottsdale Road # 100
Scottsdale, AZ 85251-3916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ISAAC KAVALAN
3852 SUTTON LOOP
FREMONT, CA 94536
MAILING ADDRESS:
PO BOX 2883
FREMONT, CA  94536

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**KELLY COLLINS**

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*