**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Isaac Kavalan, | NO. C 11-02006 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. Bank, N.A., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 29, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendant U.S. Bank, N.A. ("Defendant") submitted a Case Management Statement on August 19, 2011. (See Docket Item No. 30.) Defendant states that it intends to move to dismiss any amended Complaint filed by Plaintiff, which is currently due on or before September 1, 2011. (Id. at 5.) Defendant requests that the Court continue the conference until after its contemplated motion to dismiss is heard. (Id.) In light of the anticipated Amended Complaint and Defendant's representations, the Court finds good cause to vacate the Conference at this time.

Accordingly, the Court VACATES the Case Management Conference. The Court will set a new Case Management Conference in its Order addressing Defendant's anticipated Motion to Dismiss the Amended Complaint.

Dated: August 23, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Erik Wayne Kemp ek@severson.com
Michael Gerald Cross mgc@severson.com
Regina Jill McClendon rjm@severson.com

Isaac Kavalan
P.O. Box 2883
Fremont, CA 94536

**Dated:  August 23, 2011**                               **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers**
                                                               **Susan Imbriani**
                                                               **Courtroom Deputy**

2